MATTHEW G. KLEINER  (SBN:  211842)
mkleiner@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone:  (619) 230-7419
Facsimile:  (619) 696-7124

Attorneys for Defendant
AETNA LIFE INSURANCE COMPANY

JAMES P. KEENLEY (SBN:  253106)
EMILY A. BOLT (SBN: 253109)
BRIAN H. KIM (SBN: 215492)
BOLT KEENLEY KIM LLP
2855 Telegraph Ave., Suite 517
Berkeley, California 94705
Phone: (510) 225-0696
Fax: (510) 225-1095

Attorneys for Plaintiff
ELIZABETH KEENLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ELIZABETH KEENLEY, | CASE NO.  22-cv-00388- JD |
|---|---|
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| vs. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

**TO THE COURT, EACH PARTY AND THE ATTORNEY OF RECORD FOR EACH PARTY HEREIN:**

Plaintiff Elizabeth Keenley and Defendant Aetna Life Insurance Company (collectively the "Parties") have reached a settlement in the above-captioned matter.  The Parties anticipate that the settlement will be fully documented within the next 30 - 45 days.  Once that occurs, the Parties will file a stipulation for dismissal of the lawsuit with prejudice, each party to bear its own fees and costs.

The parties request that the Initial Case Management Conference set for June 2, 2022 and any other dates be vacated pending dismissal of the case.

Dated:  May 16, 2022	BOLT KEENLEY KIM LLP

	By:	*/s/ James P. Keenley*
		James P. Keenley
		Attorney for Plaintiff
		ELIZABETH KEENLEY


Dated:  May 16, 2022	GORDON REES SCULLY MANSUKHANI, LLP

	By:	*/s/ Matthew G. Kleiner*
		Matthew G. Kleiner
		Attorney for Defendant
		AETNA LIFE INSURANCE COMPANY

*Filer's Attestation:  Pursuant to Local Rule 5-1 (h)(3) regarding signatures, Matthew G. Kleiner hereby attests that all other signatories listed concur in the content of this document and have authorized its filing.*

		*/s/ Matthew G. Kleiner*

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is: Gordon Rees Scully Mansukhani, LLP 101 W. Broadway, Suite 2000, San Diego, CA  92101.  On May 16, 2022, I served the foregoing document(s):

**JOINT NOTICE OF SETTLEMENT**

by electronic service through the CM/ECF System which automatically generates of Notice of Electronic Filing ("NEF") and is sent by e-mail to all CM/ECF Users who have appeared in the case in this Court.  Service with this NEF will constitute service pursuant to Federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Dated: May 16, 2022                                  _____
                                                                          Janey Swanson